IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-310-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| THOMAS MORTON COLTHART, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the consent motion for continuance filed by defendant [D.E. 20] for a sixty (60) day continuance of the arraignment and trial. For good cause shown by the reasons stated in the consent motion, defendant's motion [D.E. 20] is GRANTED.

It is therefore ORDERED that this case will be set for arraignment and trial at a term of criminal court commencing sixty (60) days from February 23, 2026, or to a time the court deems appropriate.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. §§ 3167(h)(1)(D), (h)(6), and 3161(h)(7)(A). The delay will permit the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See id. § 3161(h)(7)(B)(iv).

SO ORDERED. This _8_ day of January, 2026.


JAMES C. DEVER III
United States District Judge